UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELEGGUA OSUN ELUFE,

                    Plaintiff,                              **ORDER**
                                                                                 **09-CV-458 (KAM)(LB)**

                 - against -

REILLY RICHARD, Police Officer #30562;
MCCAULEY, Police Officer #6506;
JASON PALAMARA, BERNARDO COLON,
JOHN AYLWARD, JOHN SIMLEY, THOMAS
BROGAN and AYANNA HARRISON,

                    Defendants.
-----------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

By Order dated September 14, 2009, the Court stayed discovery until the newly named defendants in plaintiff's amended complaint were served. See docket entry 36. On January 6, 2010, defendants answered the amended complaint. See docket entry 53. The Court hereby resets the deadline for the parties to complete all discovery to **April 7, 2010**. Plaintiff is referred to the Court's July 1, 2009 Order describing the discovery process. See docket entry 25.[1] If defendants intend to file a motion for summary judgment, defendants' counsel shall write to Judge Matsumoto by May 7, 2010 to request a pre-motion conference.

SO ORDERED.

                                                     /Signed by Judge Bloom/

                                                   LOIS BLOOM
Dated: January 7, 2010                     United States Magistrate Judge
       Brooklyn, New York

---

[1] A copy of the July 1, 2009 Order is enclosed for plaintiff's convenience.