UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELEGGUA OSUN ELUFE,

                    Plaintiff,                          **ORDER**
                                                                      09-CV-458 (KAM)(LB)

                  - against -

REILLY RICHARD, Police Officer #30562;
MCCAULEY, Police Officer #6506;
JASON PALAMARA, BERNARDO COLON,
JOHN AYLWARD, JOHN SIMLEY, THOMAS
BROGAN and AYANNA HARRISON,

                    Defendants.
-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

By letter dated March 26, 2010, plaintiff states defendants have objected to providing documents he believes he is entitled to through the discovery process. See docket entry 58. Plaintiff requests "arrest reports, complaint reports on defendants" "complaint follow-up report, camera inspection of [] crimes alleged by defendants and informant against plaintiff herein." Defendants shall respond to plaintiff's letter by April 19, 2010. Although the deadline for discovery is April 7, 2010, the deadline will be reset if necessary after defendants respond to plaintiff's letter motion.

SO ORDERED.

                                                /Signed by Judge Lois Bloom/
                                               LOIS BLOOM
Dated: April 5, 2010                            United States Magistrate Judge
      Brooklyn, New York